UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| BOBBY GEORGE MALBREAUGH | NO. 6-00041-BAJ-RLB |

ORDER

Considering the **Joint Motion for Summary Disposition (Doc. 85)**, in which the Office of the Federal Public Defender and the United States agree that after *Johnson v. United States*, 576 U.S. ——, 135 S.Ct. 2551 (2015), Mr. Malbreaugh's convictions for the Louisiana crime of Simple Burglary and the Florida crime of burglary are no longer "violent felonies" under any definition of "violent felony" set forth in the Armed Career Criminal Act,

**IT IS ORDERED** that Mr. Malbreaugh's sentence is **VACATED**.

**IT IS FURTHER ORDERED** that the Probation Office complete an amended pre-sentence investigation report <u>immediately</u>.

**IT IS FURTHER ORDERED** that the **Motion to Vacate (Doc. 72)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the **Motion to Appoint Counsel (Doc. 73)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the **Amended Motion to Vacate (Doc. 74)** is **DENIED AS MOOT**.

IT IS FURTHER ORDERED that the **Supplemental Motion to Vacate (Doc. 75)** is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 21ˢᵗ day of September, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA